UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD E. OBRINGER,<br><br>    Plaintiff<br><br>v.<br><br>NEW PENN FINANCIAL, LLC, et al.,<br><br>    Defendants | Case No.: 2:19-cv-01597-APG-NJK<br><br>**Order for Stipulations of Dismissal or Status Report** |

On February 6, 2020, the parties advised the court that plaintiff Richard Obringer had reached a settlement with defendant NewRez, LLC and stated they anticipated filing a stipulation of dismissal within 60 days. ECF No. 17. On February 12, the parties advised that Obringer had also reached a settlement with defendant Equifax Information Services LLC, and again stated that they anticipated filing a stipulation of dismissal within 60 days. No stipulation of dismissal has been filed with respect to either defendant.

I THEREFORE ORDER that by May 29, 2020, the parties shall file either stipulations of dismissal or a status report regarding settlement.

DATED this 15th day of May, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE