1 | COGBURN LAW
Jamie S. Cogburn, Esq.
2 | Nevada Bar No. 8409
jsc@cogburncares.com
3 | Erik W. Fox, Esq.
Nevada Bar No. 8804
4 | ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
5 | Henderson, Nevada 89074
Telephone: (702) 748-7777
6 | Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD E. OBRINGER, an individual, | Case Number<br>2:19-cv-01597-APG-NJK |
| Plaintiff, | |
| vs. | |
| NEWREZ LLC f/k/a NEW PENN FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICES, a Foreign Limited-Liability Company; and EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company, | **JOINT MOTION DISMISSING <u>ACTION WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY</u>**<br><br>**ORDER** |
| Defendants. | |

Plaintiff, Richard E. Obringer ("Plaintiff") and Defendant, Equifax Information Services LLC, by and through their respective attorneys of record, request that the above-captioned matter

. . .

. . .

. . .

. . .

. . .

be dismissed with prejudice as to Equifax Information Services LLC only, pursuant to FRCP 41(a)(2). Each party shall bear its own attorney fees and costs incurred herein.

Dated this 24th day of June, 2020.                    Dated this 24th day of June, 2020.

**COGBURN LAW**                                        **CLARK HILL PLLC**

By: /s/Erik W. Fox                                    By: /s/Jeremy J. Thompson
    Jamie S. Cogburn, Esq.                           Jeremy J. Thompson, Esq.
    Nevada Bar No. 8409                              Nevada Bar No. 12503
    Erik W. Fox, Esq.                                3800 Howard Hughes Parkway, Suite 500
    Nevada Bar No. 8804                              Las Vegas, NV 89169
    2580 St. Rose Parkway, Suite 330                 *Attorneys for Equifax Information*
    Henderson, Nevada 89074                          *Services LLC*
    *Attorneys for Plaintiff*

    **IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

6/24/2020
DATE