COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD E. OBRINGER, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NEWREZ LLC f/k/a NEW PENN FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICES, a Foreign Limited-Liability Company; and EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company,<br><br>　　　　　Defendants. | Case Number<br>2:19-cv-01597-APG-NJK<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT NEWREZ LLC F/K/A NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE SERVICES WITH PREJUDICE**<br><br>**ORDER** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff, Richard E. Obringer ("Plaintiff") and Defendant, NewRez LLC f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Services, by and through their respective attorneys of record, that all Plaintiff's claims asserted against

. . .

. . .

. . .

. . .

Defendant in the above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

| | |
|---|---|
| Dated this 1st day of July, 2020. | Dated this 1st day of July, 2020. |
| **COGBURN LAW** | **AKERMAN LLP** |
| By: */s/Erik W. Fox* | By: */s/Rex D. Garner* |
| Jamie S. Cogburn, Esq. | Ariel E. Stern, Esq. |
| Nevada Bar No. 8409 | Nevada Bar No. 8267 |
| Erik W. Fox, Esq. | Natalie L. Winslow, Esq. |
| Nevada Bar No. 8804 | Nevada Bar No. 12125 |
| 2580 St. Rose Parkway, Suite 330 | Rex D. Garner, Esq. |
| Henderson, Nevada 89074 | Nevada Bar No. 9401 |
| *Attorneys for Plaintiff* | 1635 Village Center Circle, Suite 200 |
| | Las Vegas, Nevada 89134 |
| | *Attorneys for Defendant, NewRez LLC f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Services* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

7/1/2020
_____
DATE